**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone (714) 668-2400
Facsimile (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@musickpeeler.com

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOWARD SIMON,<br><br>             Plaintiff,<br><br>   vs.<br><br>U.S. BANK NATIONAL ASSOCIATION; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INC.; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**<br><br>[Removed from the Superior Court of California, Los Angeles County, Case No. 19STLC01692]<br><br>Complaint Served: February 22, 2019 |

Trans Union LLC ("Trans Union") files this Notice of Removal pursuant to 28 U.S.C. §1446(d) and in support thereof would respectfully show the Court as follows:

## I.    PROCEDURAL BACKGROUND

1.    On or about February 22, 2019, Plaintiff Howard Simon ("Plaintiff") filed the Complaint in this action in the Superior Court of California, Los Angeles County, Case No. 19STLC01692, ("State Court Action") alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§1681, *et seq.*, against the following

Defendants: U.S. Bank National Association ("U.S. Bank"), Trans Union, Experian Information Solutions, Inc. ("Experian"), and Equifax, Inc. ("Equifax").

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3. Trans Union was served with Plaintiff's Complaint on February 22, 2019. U.S. Bank was served with Plaintiff's Complaint on February 27, 2019. Experian was served with Plaintiff's Complaint on February 22, 2019. Equifax was served with Plaintiff's Complaint on February 22, 2019. This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. §1446(b).

## II. GROUNDS FOR REMOVAL

4. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1446(b). Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. §§1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.*, and the California Consumer Credit Reporting Agencies Act, Civil Code §1785.16.

## III. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5. Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within 30 days after Defendant Trans Union was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. §1441(a), venue of the removal action is proper in the Central District of California, Western Division because it is in the district and division embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Superior Court of California, Los Angeles County, as required by 28 U.S.C. §1446(d).

8. Pursuant to 28 U.S.C. §1446(a), a copy of the docket in the State Court Action is attached hereto as **Exhibit A**.

9. Complete and accurate copies of the Summons and Complaint which initiated the State Court Action are attached hereto as **Exhibit B**.

10. Copies of all remaining process, pleadings, and orders in the State Court Action are attached hereto as **Exhibit C**.

11. Trial has not commenced in the State Court Action.

12. All Defendants who have been served upon the date of filing of this Notice of Removal consent to the removal of this case. Joinders in the Removal from U.S. Bank, Experian, and Equifax are attached hereto as **Exhibit D**.

WHEREFORE, Trans Union prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

DATED: March 21, 2019          MUSICK, PEELER & GARRETT LLP


By:     */s/ Donald E. Bradley*
         Donald E. Bradley
         Attorneys for Defendant TRANS UNION LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On March 21, 2019, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 21, 2019, at Costa Mesa, California.

　　　　　　　　　　　　　　　　　*/s/ April M. Yusay*
　　　　　　　　　　　　　　　　　April M. Yusay

MUSICK, PEELER & GARRETT LLP

1149616.1

4

DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

# SERVICE LIST

Todd M. Friedman
Adrian R. Bacon
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA  91367
Phone:  (323) 306-4234
Fax:     (866) 633-0228
Email: tfriedman@toddflaw.com;
abacon@toddflaw.com
*Attorneys for Plaintiff*
**BY MAIL**

Thomas P. Quinn, Jr.
NOKES AND QUINN APC
410 Broadway, Suite 200
Laguna Beach, CA  92651
Phone:  (949) 376-3500
Fax:     (949) 376-3070
Email: tquinn@nokesquinn.com
*Attorneys for Defendant Equifax Information Services, LLC*

Bao Pham
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Phone:  (949) 851-3939
Fax:     (949) 553-7539
Email: bpham@jonesday.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Michael Jaeger
FAEGRE BAKER DANIELS LLP
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA  90025
Phone:  (310) 500-2090
Fax:     (310) 500-2091
Email: Michael.Jaeger@FaegreBD.com
*Attorneys for Defendant U.S. Bank National Association*