| | |
|---|---|
| 1 | Bao Pham (State Bar No. 322899) |
| 2 | bpham@jonesday.com<br>JONES DAY |
| 3 | 3161 Michelson Drive<br>Suite 800 |
| 4 | Irvine, CA  92612.4408<br>Telephone:  +1.949.851.3939 |
| 5 | Facsimile:   +1.949.553.7539 |
| 6 | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, |
| 7 | INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| HOWARD SIMON,<br><br>          Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX, INC., and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:19-cv-02103-CAS (PLAx)<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

    1.    Parent Companies:  The ultimate parent company of Experian is Experian plc.

    2.    Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

1.     (a)    Central Source LLC
2.     (b)    Online Data Exchange LLC
3.     (c)    New Management Services LLC
4.     (d)    VantageScore Solutions LLC
5.     (e)    Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: March 26, 2019                    JONES DAY

By: */s/ Bao Pham*
      Bao Pham

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I, Bao Pham, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On March 26, 2019, I served a copy of the **DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S CERTIFICATE OF INTERESTED PARTIES** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Todd M. Friedman<br>Adrian R. Bacon<br>Law Offices of Todd M. Friedman, P.C.<br>21550 Oxnard St., Suite 780<br>323-306-4234<br>Fax: 866-633-0228<br>Woodland Hills, CA 91367<br>Email: TFriedman@toddflaw.com<br>    abacon@toddflaw.com<br>*Attorneys for Plaintiff* | Michael Jaeger<br>Faegre Baker Daniels LLP<br>11766 Wilshire Boulevard Suite 750<br>Los Angeles, CA 90025<br>310-500-2090<br>Fax: 310-500-2091<br>Email: michael.jaeger@faegrebd.com<br>*Attorney for US Bank National Association* |

| | |
|---|---|
| Donald E Bradley<br>Musick Peeler and Garrett LLP<br>650 Town Center Drive Suite 1200<br>Costa Mesa, CA 92626-1925<br>714-668-2400<br>Fax: 714-668-2490<br>Email: d.bradley@musickpeeler.com<br>*Attorney for Trans Union LLC* | Thomas P Quinn , Jr<br>Nokes and Quinn APC<br>410 Broadway Suite 200<br>Laguna Beach, CA 92651<br>949-376-3500<br>Fax: 949-376-3070<br>Email: tquinn@nokesquinn.com<br>*Attorney for Equifax Information Services, LLC* |

Executed on March 26, 2019, at Irvine, California.

*/s/ Bao Pham*
Bao Pham

NAI-1506803568v1

- 4 -

EXPERIAN'S CERTIFICATE
OF INTERESTED PARTIES
Case No. 2:19-cv-02103-CAS (PLAx)