**JS6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD SIMON,<br>Plaintiff,<br><br>v.<br>EQUIFAX, INC., et al<br>and DOES 1 through 10, inclusive,<br><br>Defendants | ) Case No.<br>)<br>) 2:19-cv-02103-RSWL<br>)<br>) **ORDER TO DISMISS MATTER**<br>) **WITH PREJUDICE IN ITS**<br>) **ENTIRETY.**<br>)<br>)<br>)<br>) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with.  Each party shall bear their own costs and expenses.

Dated: 1/14/2019    **s/ RONALD S.W. LEW**
                   Hon. Ronald S.W. Lew
                   U.S. District Judge